**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

JENS A. BERDING                                          CASE NO. 21-18746-SMG
EDDY EVELYN MANZO-BERDING                  CHAPTER 11

                          Debtors.
_____/

**RESPONSE TO MOTION TO VALUE AND DETERMINE
<u>SECURED STATUS OF LIEN ON PERSONAL PROPERTY</u>**

      Creditor, Ally Bank, responds to Debtors' Motion to Value and Determine Secured Status of Lien on Personal Property (Doc. No. 51) ("Debtor's Motion") and states:

      1.      Creditor is the lienholder on the title to the following vehicle: 2017 Dodge Truck Grand Caravan Grand Caravan GT; VIN: 2C4RDGEG8HR711571 ("Vehicle").

      2.      Creditor filed Proof of Claim 14-1 in the total amount of $19,095.64.

      3.      The Debtor's Motion proposes to value Creditor's secured claim on the Vehicle to $15,915.00, pursuant to 11 U.S.C. §506.

      4.      Creditor believes the replacement value of the Vehicle is $19,725.00, pursuant to the N.A.D.A. Official Used Car Guide record, which is attached hereto as Exhibit "A" and the Court's reasoning in *In re Hauser*, 405 BR 684 (Bankr. S.D. Fla. 2009) (Olson, J.) and *In re Ortiz*, 2007 WL 1176019 (Bankr. S.D. Fla. 2007) (Ray, J.).

      5.      Therefore, Creditor asserts that the Vehicle cannot be valued because there is equity above the debt and Creditor is over-secured.

      6.      Notwithstanding the above, if an agreement cannot be reached amicably between the parties as to the value of the Vehicle, then Creditor will conduct an appraisal of the Vehicle prior to an evidentiary hearing.

**WHEREFORE**, Creditor, respectfully requests the Court deny Debtor's Motion or, in the alternative, set the matter for hearing and for such other and further relief as the Court deems appropriate.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF notice and first-class mail to the parties below the 30th day of November 2021.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Jens A. Berding
Eddy Evelyn Manzo-Berding
2108 NE 63rd St
Fort Lauderdale, FL 33308

**VIA CM/ECF NOTICE**
Mitchell J. Nowack, Esq.
8551 Sunrise Blvd #208
Plantation, FL 33322

Trustee
Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134

U.S. Trustee
Office of the US Trustee
Steven D Schneiderman
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130