### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:
Jens A. Berding                                         Case No.: 21-18746-SMG
Eddy Evelyn Manzo-Berding                               Chapter 11
        Debtor(s).
_____/

### DEBTORS' 1ST AMENDED PLAN OF REORGANIZATION
### UNDER CHAPTER 11, SUBCHAPTER V

#### A. Description and History of the Debtors' Businesses

Jens A. Berding and Eddy Evelyn Manzo-Berding (the "Debtors") derive their income from two primary sources, as a self-employed Independent Consultant ("Consulting") and as the Manager of Seven Stars on the Hudson Corp. ("Seven Stars"). Mr. Berding is an economic consultant to several businesses in and out of the United States. Mr. Berding is a 1099 Independent Contractor to his clients. Mrs. Manzo-Berding manages Seven Stars on the Hudson as an employee with a very small ownership share of Seven Stars. Mrs. Manzo-Berding is a wage employee of Seven Stars and personally owns less than 1% of Seven Stars. The majority of Seven Stars (99%) is owned by the Debtors' 401(k). Seven Stars operates a trampoline park inside a location known as Xtreme Action Park in Fort Lauderdale, Florida.

The Seven Stars Entity has it's own financial problems due to the bad faith actions of the Landlord at Xtreme Action Park and the Covid Pandemic. Seven Stars had to file it's own Chapter 11 Proceeding in this District as a result of its financial problems. The Bankruptcy Case Number for the Seven Stars entity 20-19106-SMG. The case is now confirmed and entity is on the path to recovery as a result of the confirmed Chapter 11 case as well as from an increase in business income as the world wide pandemic has begun to ease.

The commencement of the Chapter 11 proceeding was primarily due to the Debtors' obligations resulting from the build out of the Seven Stars operating location inside Xtreme Action Park. Most specifically, the Debtors collateralized their primary residence with a second mortgage from the Small Business Association ("SBA"). Due to the Landlord's bad faith and the side effects of a world-wide pandemic, the Debtors were unable to make payments on the SBA Loan resulting in their primary residence being put into foreclosure by Wells Fargo Bank, N.A. ("Wells"), who did and continues to service the SBA loan. In the foreclosure case in State Court, Wells obtained a Final Judgment of Foreclosure with a sale date on the home scheduled for September 9, 2021. The instant Chapter 11 Proceeding was filed on September 8, 2021 to stop the foreclosure sale on the Debtors' home.

#### B. Liquidation Analysis

A liquidation analysis is attached to the Plan as **Exhibit "A"**. As a requirement to approve confirmation of the the Plan, the Court must find that all creditors who do not accept the Plan will

receive at least as much under the Plan as such claim holders would receive in a chapter 7 liquidation proceeding.

The liquidation analysis shows that non-priority unsecured creditors will receive more from the Debtors' projected disposable income under the Plan as there would be no available remaining equity from the Debtors' non-exempt assets after deduction of secured claims and administrative expenses in a chapter 7 liquidation.

Accordingly, the treatment proposed by the Debtors under the Plan satisfies Section 1129(a)(7) of the Bankruptcy Code.

### C. Ability to make future plan payments and operate without further reorganization

The Debtors' financial projections are attached as **Exhibit "B"**. To confirm the Plan, the Debtors must show that they will have sufficient cash over the life of the Plan to make the required plan payments and operate the Debtors' businesses. The Debtors' financial projections demonstrate that the Debtors will be able to make the plan payments to administrative, secured, and priority claimants and distribute projected disposable income (as defined by § 1191(d) of the Bankruptcy Code) to unsecured creditors.

The Plan will be considered by the Court for confirmation. If the Plan is confirmed the first quarterly distribution to unsecured creditors will be made on January 1, 2022 and the final quarterly distribution to unsecured creditors will be made on December 1, 2027. The distributions under the Plan will be derived from (i) existing cash on hand on the Effective Date, and (ii) revenues generated by continued business operations. The Debtors' reserve the right to seek a loan and satisfy the unsecured claims on pro rata basis up to the aggregate amount of projected net disposable income over the term of the plan.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to the projections attached as Exhibit "B".**

## Article 1:    Summary

This Plan of Reorganization (the *"Plan"*) under chapter 11 of the Bankruptcy Code (the "**Bankruptcy Code**") proposes to pay creditors from the Debtors' net disposable income. The Debtors, as reorganized pursuant to this Plan, are hereafter referred to as the "**Reorganized Debtors**" in this Bankruptcy Case (the "**Reorganized Case**").

This Plan provides for: four (4) classes of secured claims; and one (1) class of non-priority unsecured claims. The Debtors' do not have any unsecured priority claims or priority tax claims.

All creditors should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

## Article 2:    Classification of Claims and Interests

| | | |
|---|---|---|
| 2.01 | **Class 1** | All allowed claims entitled to priority under § 507(a) of the Bankruptcy Code (except administrative expense claims under § 507(a)(2) and priority tax claims under § 507(a)(8)). There are no scheduled or filed Class 1 claims. |
| 2.02 | **Class 2a** | The claim of Caliber Home Loans, Inc. to the extent allowed as secured claims under §506 of the Bankruptcy Code. Caliber filed a secured claim in the amount of $443,549.54. |
| 2.03 | **Class 2b** | The claim of Wells Fargo Bank, N.A. to the extent allowed as a secured claim under § 506 of the Bankruptcy Code. Bank of the West filed a secured claim in the amount of $1,451,976.16. |
| 2.04 | **Class 2c** | The claim of Ally Bank c/o AIS Portfolio to the extent allowed as a secured claim under §506 of the Bankruptcy Code. Ally Bank filed a secured claim in the amount of $17,078.21. |
| 2.05 | **Class 2d** | The claim of Ally Bank c/o AIS Portfolio to the extent allowed as a secured claim under §506 of the Bankruptcy Code. U.S. Bank National Association filed a secured claim in the amount of $19,095.64. |
| 2.06 | **Class 3** | All non-priority unsecured claims allowed under §502 of the Bankruptcy Code. This class will receive pro rata distributions from the Debtors' projected net disposable income. |

## Article 3:    Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

**3.01    Unclassified claims**

Under § 1123(a)(1) of the Bankruptcy Code, administrative expense claims and priority tax claims are not in classes.

**3.02    Administrative expense claims**

Each holder of an administrative expense claim allowed under § 503 of the Bankruptcy Code will be paid in full on the Effective Date of this Plan, in cash, or on such other terms as may be agreed on by the holder of the claim and the Debtors.

**3.03    Priority tax claims**

Each holder of a priority tax claim will be consistent with §1129(a)(9)(C) of the Code.

**3.04    Statutory fees**

All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the Effective Date of this Plan have been paid or will be paid timely as they come due.

**3.05    Prospective quarterly fees**

No quarterly fees are due under the Plan.

## Article 4: Treatment of Claims and Interests Under the Plan

**4.01    Claims and interests shall be treated as follows under this Plan:**

| Class | Treatment and Impairment |
|---|---|
| **Class 1** - Priority claims excluding those addressed in Article 3 | Class 1 Claims are **Unimpaired** by the Plan. <br><br> There are currently no Class 1 Claims. Each holder of a Class 1 Priority Claim will be paid in full, in cash, on the later of the Effective Date of the Plan and the date on which such claim is allowed by a final non-appealable order, or on such other terms as may be agreed on by the holder of the claim and the Debtors. |
| **Class 2a** – Secured claim of Caliber | Class 2a Claims are **Unimpaired** by the Plan. <br><br> Caliber filed a secured claim in the amount of $443,549.54. Caliber's Class 2a Claim shall be allowed in the amount of $443,549.54 or such other amount as fixed by the Court, to be paid in accordance with that certain Adjustable Rate Note in the principal amount of $396,000.00, dated September 18, 2015. |

Currently at $3,486.63 per month and due in full on October 1, 2045.

Caliber shall retain its Liens on the collateral, as more particularly described in the loan documents until its Allowed Class 2a Claim has been paid in full. There shall be no penalty for prepayment of all or any portion of the Class 2a Claims.

| | |
|---|---|
| **Class 2b** – Secured Claims of Wells Fargo Bank, N.A. | Class 2b Claims are **Impaired** by the Plan.<br><br>Class 2b Claims shall be paid in accordance with the Court's ruling on the value of the subject real property collateral. The claim filed by Wells Fargo will be bifurcated in two (2) different claims. One secured claim (Class 2b) and one general unsecured claim (Class 3). Wells Fargo shall have a secured claim in the amount of $356,450.46 (Class 2b) with a monthly payment of $1971.37 and a term of 120 months but amortized over 30 years. There will be a balloon at the end of the 120 month period. The general unsecured claim shall be for $1,094,976.16 Class 3). Wells Fargo shall retain its lien on the collateral, as more particularly described in the loan documents until its Allowed Class 2b Claim has been paid in full. There shall be no penalty for prepayment of all or any portion of the Class 2b Claims. |
| **Class 2c** – Secured Claims of Ally Bank | Class 2c Claim is **Impaired** by the Plan.<br><br>Class 2c shall be paid in with the Court's determination as to the value of the vehicle accordance with the terms and conditions of the Retail Installment Contract dated May 22, 2019 providing for monthly installments of $446.63 and a term of 72 months with an interest rate of 15.09%.<br><br>The Debtors' shall seek to ask the Court to value the collateral at $15,915.00. The Debtors seek an interest rate of 5.25% for payoff of the collateral over the life of the Plan. The Debtor will make monthly payments in the amount $302.17 for a total payoff of $18,130.00. Ally Bank shall retain its lien on the 2017 Dodge Grand Caravan, as more particularly described in the loan documents and filings until its Allowed Class 2c Claim have been paid in full. There shall be no penalty for prepayment of all or any portion of the Class 2c Claims. |

| | |
|---|---|
| **Class 2d** – Secured Claims of Ally Bank | Class 2d Claims are **Imparied** by the Plan. |
| | Class 2d shall be paid in with the Court's determination as to the value of the vehicle accordance with the terms and conditions of the Retail Installment Contract dated January 20, 2019 providing for monthly installments of $352.77 and a term of 72 months with an interest rate of 6.74%. |
| | The Debtors' shall seek to ask the Court to value the collateral at $22,985.00.  The Debtors seek an interest rate of 5.25% for payoff of the collateral over the life of the Plan.  The Debtor will make monthly payments in the amount $324.25 for a total payoff of $19,454.80.  Ally Bank shall retain its lien on the 2019 Chevrolet Equinox, as more particularly described in the loan documents and filings until its Allowed Class 2d Claim has been paid in full.  There shall be no penalty for prepayment of all or any portion of the Class 2d Claims. |

| | |
|---|---|
| **Class 3** Unsecured Non-Priority Claims | Class 3 Claims are **Imparied** by the Plan.<br><br>Each holder of a non-priority unsecured claim shall receive its pro rata share of the Debtor's projected disposable income as defined by Section 1191(d) of the Bankruptcy Code. Payments shall be made on a quarterly basis over a period of (5) years, commencing three (3) months after the Effective Date. |

(remainder of page left intentionally bank)

## Article 5:  Allowance and Disallowance of Claims

| | | |
|---|---|---|
| 5.01 | **Disputed Claims** | A disputed claim is a claim that has not been allowed or disallowed by a non-appealable final order, and as to which either:<br><br>(i) a proof of claim has been filed or deemed filed, and the Debtors or another party in interest has filed an objection; or<br><br>(ii) no proof of claim has been filed, and the Debtors has scheduled such claim as disputed, contingent, or unliquidated. |
| 5.02 | **Distribution on a Disputed Claim** | No distribution will be made on account of a disputed claim unless such claim is allowed by a non-appealable final order. |
| 5.03 | **Settlement of Disputed Claims** | The Debtors will have the power and authority to settle and compromise a disputed claim with the Court's approval and in compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## Article 6: Provisions for Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| 6.01 | **Assumed Contracts & Leases** | The Debtors do not have any executory contracts or unexpired leases to assume or reject.<br><br>Except for executory contracts and unexpired leases that have been assumed before the Effective Date or under section 6.01(a) of this Plan, or that are the subject of a motion or other request to assume that is filed on or before the Confirmation Date, the Debtors will be conclusively deemed to have rejected all other executory contracts and unexpired leases as of the Effective Date. |

## Article 7: Means for Implementation of the Plan

| | | |
|---|---|---|
| 7.01 | **Funding Source for Plan Payments** | Payments required under the Plan will be funded from (i) existing cash on hand on the Effective Date, (ii) revenues generated by continued operations. The Debtors reserve the right to obtain a loan or financing to satisfy unsecured creditors in the amounts projected from aggregate net disposable income over the life of the plan. |
| 7.02 | **Distributions by Debtors** | All distributions under the Plan shall be made by the Debtors, whether the Plan is confirmed pursuant to Section 1191(a) or (b) of the Bankruptcy Code. |

| 7.03 | **Unclaimed Distributions** | If the Holder of an Allowed Claim fails to negotiate a check for a Distribution issued to such Holder within 60 days of the date such check was issued, then the Reorganized Debtors shall provide written notice to such Holder stating that, unless such Holder negotiates such check within 30 days of the date of such notice, the amount of Cash attributable to such check shall be deemed to be unclaimed, such Holder shall be deemed to have no further Claim in respect of such check, such Holder's Allowed Claim shall no longer be deemed to be Allowed, and such Holder shall not be entitled to participate in any further Distributions under the Plan in respect of such Claim. |
|---|---|---|
| | | If a check for a Distribution made pursuant to the Plan to any Holder of an Allowed Claim is returned to the Reorganized Debtors due to an incorrect or incomplete address for the Holder of such Allowed Claim, and no claim is made in writing to the Reorganized Debtors as to such check within 30 days of the date such Distribution was made, then the amount of Cash attributable to such check shall be deemed to be unclaimed, such Holder shall be deemed to have no further Claim in respect of such check, such Holder's Allowed Claim shall no longer be deemed to be Allowed, and such Holder shall not be entitled to participate in any further Distributions under the Plan in respect of such Claim. Any unclaimed Distribution as described above shall revert to the Reorganized Debtors free of all claims. |

## Article 8: General Provisions

| | | |
|---|---|---|
| 8.01 | **Definitions and Rules of Construction** | The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Bankruptcy Code are used in this Plan. |
| 8.02 | **Effective Date** | The Effective Date of this Plan (the "**Effective Date**") is the first business day following the later to occur of (i) the date that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the Effective Date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 | **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 | **Binding Effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.05 | **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |
| 8.06 | **Controlling Effect** | Unless a rule of law or procedure is supplied by federal law (including the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan or such other agreement, document, or instrument. |
| 8.07 | **Corporate Governance** | To the extent prohibited by § 1123(a)(6) of the Bankruptcy Code, the Debtors will not issue non-voting equity interests, and their applicable governing documents will be deemed to have been amended as of the Effective Date of the Plan to prohibit such issuance |
| 8.08 | **Retention of Jurisdiction** | Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, until the Reorganization Case is closed, the Bankruptcy Court shall retain the fullest and most extensive jurisdiction of the Reorganization Case that is permitted by applicable law, including any jurisdiction that is necessary or appropriate to ensure that the purposes and intent of the Plan are carried out. |

## **Article 9: Discharge, Exculpation, and Injunction**

| | | |
|---|---|---|
| 9.01 | **Discharge** | The Debtors will be discharged from any debt that arose before confirmation of this Plan, to the extent and at the time specified in Sections 1141(d)(1)(A) and 1192 of the Bankruptcy Code. |

Pursuant to Sections 105, 1123, 1129 and 1141 of the Bankruptcy Code, in order to preserve and implement the various transactions contemplated by and provided for in the Plan, as of the Effective Date, except as otherwise expressly provided in the Plan or in the Confirmation Order, all persons that have held, currently hold or may hold a claim, debt, or liability that is discharged or terminated pursuant to the terms of the Plan are and shall be permanently enjoined and forever barred to the fullest extent permitted by law from taking any of the following actions on account of any such discharged or terminated claims, debts, or liabilities, other than actions brought to enforce any rights or obligations under the Plan: (a) commencing or continuing in any manner any action or other proceeding against the Debtors or its assets or estate; (b) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order against the Debtors or its Assets or Estate; (c) creating, perfecting or enforcing any Lien or encumbrance against the Debtors or its assets or estate; (d) asserting setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtors or its assets or estate; (e) commencing or continuing, in any manner or in any place, any action that does not comply with or is inconsistent with the provisions of the Plan or the Confirmation Order; or (f) interfering with or in any manner whatsoever disturbing the rights and remedies of the Debtors as applicable or the Estate under the Plan. The Debtors shall have the right to independently seek enforcement of this general injunction provision. This general injunction provision is an integral part of the Plan and is essential to its implementation.

| | | |
|---|---|---|
| 9.02 | **Debtors' Default** | If the Debtors fail to timely make any Plan payment to the Trustee or a Creditor as required by the terms of this Plan, then Trustee and/or Creditor may file and serve a notice of delinquency upon the Debtors and the Debtors' attorney. The Debtors shall have 45-days from the date of the notice of delinquency to make all payments due under the Plan, including any payments that become due within 45-day period. If the Debtors are seeking to cure the delinquency in a modified Plan, the Debtors must file a motion to modify the confirmed Plan within 45 days of the date of the notice of delinquency. If the Debtors are not current with Plan payments on the 45th day after the date of the notice of delinquency or has not filed a motion to modify within that time period, the Trustee and/or Creditor will file and serve a report of non-compliance and may, thereafter, seek the appointment of a Chapter 11 trustee, dismissal or conversion of the case to Chapter 7. The Debtors reserve the right to seek reinstatement or reconversion. |

Dated: Plantation, Florida
       January 6, 2022

                        **NOWACK & OLSON, PLLC**

                        By: _/s/ Mitchell J. Nowack_
                        Mitchell J. Nowack, Esq.
                        Florida Bar No. 0099661
                        8551 West Sunrise Boulevard, Suite 208
                        Plantation, Florida 33322
                        Tel.: (954) 349-2265
                        mitchell@nowackolson.com

                        *Counsel to the Debtor*

**EXHIBIT A**

| ASSET | LIEN | VALUE | EXEMPTION (IF ANY) | LIQUIDATION VALUE |
|---|---|---|---|---|
| **EXHIBIT "A"** | | | | |
| | | | | |
| **LIQUIDATION ANALYSIS** | | | | |
| | | | | |
| **ASSET** | **LIEN** | **VALUE** | **EXEMPTION (IF ANY)** | **LIQUIDATION VALUE** |
| | | | | |
| 2108 NE 63rd St | Caliber    $443,549.00 | 800,000.00 | Homestead | |
| | Wells    $1451976.00 | | | $0.00 |
| | | | | |
| 2017 Dodge Caravan | Ally Bank $19,095.64 | 15,915.00 | | $0.00 |
| 2019 Chevrolet Equinox | Ally Bank  $17,078.21 | 22,985.00 | Fla. Co. Art. X, § 4(a)(2) | $5,906.79 |
| Personal Property | None | 1,155.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Electronics | None | 140.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Sports/Hobby | None | 65.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Clothes | None | 50.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Jewelry | None | 550.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Animals | None | 10.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Cash | None | 10.00 | Fla. Co. Art. X, § 4(a)(2) | $0.00 |
| Bank Account - Paypal | None | 3,284.64 | Fla. Co. Art. X, § 4(a)(2) | $3,254.64 |
| Bank Account - TD | None | 0.00 | | $0.00 |
| Bank - Brightstar - Ch | None | 2,065.72 | | $2,065.72 |
| Bank - Brightsat - Sa | None | 603.30 | | $603.30 |
| Seven Stars ( < 1%) | None | 756.92 | | $756.92 |
| Roth Retirement | None | 3,000.00 | Fla. St. Ann. § 222.21(2) | $0.00 |
| Roth Retirement | None | 75,000.00 | Fla. St. Ann. § 222.21(2) | $0.00 |
| Merril Lynch - IRA | None | 34.56 | Fla. St. Ann. § 222.21(2) | $0.00 |
| | | | | |
| TOTAL | | | | $12,587.37 |
| | | | | |
| **PROJECTED ADMINISTRATIVE EXPENSES** | | | | |
| | | | | |
| Chapter 7 Professional Fees | $15,000.00 | | | |
| Chapter 7 Trustee Fees | $25,000.00 | | | |
| Chapter 11 Administrative Expenses | $25,000.00 | | | |
| | | | | |
| Projected Total Administration | $60,000.00 | | | |
| | | | | |
| **PRIORITY CLAIMS:** | | | | |
| | | | | |
| Priority Tax Claims | $0.00 | | | |
| | | | | |
| **UNSECURED CLAIMS:** | | | | |
| | | | | |
| General Uns. Claims Payments in Ch 7 | $0.00 | | | |
| General Uns. Claims Payments in Ch 11 | $0.00 | | | |

# EXHIBIT B

EXHIBIT "B" TO PLAN (21-18746-SMG)

| MONTH # | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| INCOME RECEIVED | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| LESS ESTIMATED TAX | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| NET INCOME | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | | | | | | | |
| CALIBER MORTGAGE | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| WELLS MORTGAGE | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| 2019 CHEVY EQUINOX | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| 2017 DODGE CARAVAN | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| ELECTRICTY | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| WATER SEWER | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| TELEPHONE/CELLPHONES | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| CABLE & INTERNET | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| FOOD | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| PERSONAL CARE | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| TRANSPORTATION | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| VEHICLE INSURANCE | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| PET EXPENSE | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| HEALTH INSURANCE - OBAMACARE | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| HOME REPAIRS | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | | | | | | | |
| TOTAL EXPENSES | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | | | | | | | |
| NET CASH FLOW | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| CUMLATIVE CASH FLOW FOR UNSECUREDS | 201.00 | 402.00 | 603.00 | 804.00 | 1,005.00 | 1,206.00 | 1,407.00 |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| | 1,608.00 | 1,809.00 | 2,010.00 | 2,211.00 | 2,412.00 | 2,612.00 | 2,814.00 | 3,015.00 | 3,216.00 | 3,417.00 | 3,618.00 |

| | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | | | | | | | | | | | |
| | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | | | | | | | | | | | |
| | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | | | | | | | | | | | |
| | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| | 3,819.00 | 4,020.00 | 4,221.00 | 4,422.00 | 4,623.00 | 4,824.00 | 5,025.00 | 5,226.00 | 5,427.00 | 5,628.00 | 5,829.00 |

| | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | | | | | | | | | | | |
| | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | | | | | | | | | | | |
| | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | | | | | | | | | | | |
| | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| | 6,030.00 | 6,231.00 | 6,432.00 | 6,633.00 | 6,834.00 | 7,035.00 | 7,236.00 | 7,437.00 | 7,638.00 | 7,839.00 | 8,040.00 |

| | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | | | | | | | | | | | |
| | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | | | | | | | | | | | |
| | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | | | | | | | | | | | |
| | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| | 8,241.00 | 8,442.00 | 8,643.00 | 8,844.00 | 9,045.00 | 9,246.00 | 9,447.00 | 9,648.00 | 9,849.00 | 10,050.00 | 10,251.00 |

| | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|---|
| | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 | $10,875.00 |
| | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 | $8,750.00 |
| | | | | | | | | | |
| | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 | $3,487.00 |
| | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 | $1,972.00 |
| | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 | $302.00 |
| | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 | $353.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 |
| | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 | $181.00 |
| | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 | $40.00 |
| | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 | $210.00 |
| | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 | $274.00 |
| | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| | | | | | | | | | |
| | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 | $8,549.00 |
| | | | | | | | | | |
| | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 | $201.00 |
| | 10,452.00 | 10,653.00 | 10,854.00 | 11,055.00 | 11,256.00 | 11,457.00 | 11,658.00 | 11,859.00 | 12,060.00 |