**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                            CASE NO.: 21-18746 PDR
                                                                                         Chapter 11 (V)

JENS A. BERDING and
EDDY EVELYN MANZO-BERDING,

    DebtorS.
_____/

### NOTICE OF WITHDRAWAL OF DOCUMENTS (ECF #78 & #79)

Creditor, **WELLS FARGO BANK, N.A.,** by and through its undersigned attorney, hereby withdraws the following documents:

1.     Accepting Ballot (ECF #78 & ECF #79)

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail to the parties registered to receive notice via CM/ECF or U.S. mail to the parties below this 13th day of January 2022.

                                         KELLEY, FULTON & KAPLAN, P.L.
                                       Attorneys for Creditor
                                       1665 Palm Beach Lakes Blvd.
                                       The Forum - Suite 1000
                                       West Palm Beach, Florida 33401
                                       Tel: (561) 491-1200
                                       Fax: (561) 684-3773
                                       bankruptcy@kelleylawoffice.com

                                       By:   /s/ Craig I. Kelley_____
                                             Craig I. Kelley, Esquire
                                             Fla. Bar No. 782203
                                             Dana Kaplan, Esquire
                                             FL Bar No. 44315

**Mailing Information for Case 21-18746-PDR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Mitchell J. Nowack**    ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com;r53443@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Jens A. Berding**
2108 NE 63rd St.
Ft. Lauderdale, FL 33308

**Eddy Evelyn Manzo-Berding**
2108 NE 63rd St.
Ft. Lauderdale, FL 33308