**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                                         CASE NO.: 21-18746 SMG
                                                                                               Chapter 11 (V)
JENS A. BERDING and
EDDY EVELYN MANZO-BERDING,

      Debtors.
_____/

## WELLS FARGO BANK, N.A.'S LIMITED OBJECTION TO CONFIRMATION OF SUBCHAPTER V PLAN

**COMES NOW,** WELLS FARGO BANK, N.A. by and through its undersigned counsel, and hereby files its Limited Objection to Confirmation of the Subchapter V Plan and in support of the limited objection states as follows:

1. Debtors filed for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on September 8, 2021.

2. WELLS FARGO BANK, N.A. (hereinafter "Wells Fargo") is a creditor of the Debtors by virtue of a Promissory Note executed on August 29, 2016, by non-Debtor Seven Stars on the Hudson Corp. in the original principal amount of $1,406,900.00, which was guaranteed by the Debtors by way of a Commercial Guaranty also dated August 29, 2016.

3. The Note and Commercial Guaranty were secured by a Mortgage on real property located at 2108 NE 63rd Street, Fort Lauderdale, FL 33308 and more fully described as follows:

> **LOT 7, LESS THE WEST 5 FEET, BLOCK 39, IMPERIAL POINT 2ND SECTION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 54, PAGE 19, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

the ("Property").

4. An Amended Final Judgment of Foreclosure was entered against the Debtors in the

amount of $1,447,878.10. A foreclosure sale was initially scheduled for September 9, 2021, one day after this bankruptcy was filed. Prior to the filing of this case, the foreclosure sale was rescheduled for October 13, 2021, but has since been cancelled.

5. The Note, Mortgage and Personal Guaranty referenced above is guaranteed by the United States Small Business Administration ("SBA").

6. The proposed plan treatment set forth in the Subchapter V Plan remains in SBA review.

7. Accordingly, Wells Fargo objects to confirmation of the Subchapter V Plan until final review is completed by the SBA and the plan is approved by the SBA.

**WHEREFORE,** Creditor, WELLS FARGO BANK, N.A. respectfully requests this Honorable Court enter an Order denying confirmation of the Subchapter V Plan and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 13th day of January 2022.

                                                KELLEY, FULTON & KAPLAN, P.L.
                                                Attorney for Wells Fargo Bank, N.A.
                                                1665 Palm Beach Lakes Blvd.
                                                The Forum - Suite 1000
                                                West Palm Beach, Florida 33401
                                                Tel: (561) 491-1200
                                                Fax:(561) 684-3773

                                                By: __/s/ Craig I. Kelley_____
                                                      Craig I. Kelley, Esquire
                                                      Fla. Bar No. 782203

**Mailing Information for Case 21-18746-SMG**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Teresa M Hair**   teresa.hair@brockandscott.com, WBECF@brockandscott.com
- **Craig I Kelley**   craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;dana@kelleylawoffice.com;debbie@kelleylawoffice.com
- **Linda Marie Leali**   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **Mitchell J. Nowack**   ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com;r53443@notify.bestcase.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Corey Ohayon**   ecfbankruptcy@popkinrosaler.com
- **Steven D Schneiderman**   Steven.D.Schneiderman@usdoj.gov
- **Gavin N Stewart**   bk@stewartlegalgroup.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Ally Bank, c/o AIS Portfolio Services, LP**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Synchrony Bank**
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Jens A. Berding**
2108 NE 63rd St
Fort Lauderdale, FL 33308

**Eddy Evelyn Manzo-Berding**
2108 NE 63rd St
Fort Lauderdale, FL 33308