IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JENS A. BERDING                                             CASE NO. 21-18746-SMG
EDDY EVELYN MANZO-BERDING                      CHAPTER 11

                        Debtors.
_____/

## LIMITED OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN
### (CLASS 2c)

Creditor, Ally Bank, files its Limited Objection to Confirmation of the First Amended Plan (Doc. No. 70) and states:

1. Creditor filed Proof of Claim Number 12-1 ("Claim") in the amount of $17,078.21 as to its interest in the 2019 Chevrolet Truck Equinox Utility 4D LT 2WD 1.5L Turbo; VIN: 3GNAXKEV0KS520136 ("Equinox").

2. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), the Claim is *prima facie* evidence of the debt.

3. The First Amended Plan (Doc. No. 70) treats Creditor as Class 2c, and notes that the Debtor intends to value the 2017 Dodge Caravan ("Dodge") at $15,915.00.

4. Creditor does maintain a lien on the Dodge, as identified in Proof of Claim Number 14-1; however, the value and treatment proposed by the Plan, namely, $15,915.00 at 5.25%, should be assigned to the Equinox.

5. Creditor does not oppose the treatment as to the Equinox, subject to the Class 2c treatment being clarified that it applies to the Equinox and Proof of Claim Number 12-1 only.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection on a limited basis, deem the Class 2c treatment to apply only to the Equinox, and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by CM/ECF notice and first-class mail to the parties below this 14th day of January 2022.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Jens A. Berding
Eddy Evelyn Manzo-Berding
2108 NE 63rd St
Fort Lauderdale, FL 33308

**VIA CM/ECF NOTICE**
Mitchell J. Nowack, Esq.
8551 Sunrise Blvd #208
Plantation, FL 33322

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134

U.S. Trustee
Steven D Schneiderman
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130