**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

JENS A. BERDING                                    CASE NO. 21-18746-SMG
EDDY EVELYN MANZO-BERDING                          CHAPTER 11

                    Debtors.
_____/

**<u>LIMITED OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN</u>**
**(CLASS 2d)**

       Creditor, Ally Bank, files its Limited Objection to Confirmation of the First Amended Plan (Doc. No. 70) and states:

       1.       Creditor filed Proof of Claim Number 14-1 ("Claim") in the amount of $19,095.64 as to its interest in the 2017 Dodge Truck Grand Caravan Grand Caravan GT VIN:2C4RDGEG8HR711571 ("Dodge").

       2.       Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), the Claim is *prima facie* evidence of the debt.

       3.       The First Amended Plan (Doc. No. 70) treats Creditor as Class 2d, and notes that the Debtor intends to value the 2019 Chevrolet Equinox ("Equinox") at $22,985.00.

       4.       Creditor does maintain a lien on the Equinox, as identified in Proof of Claim Number 12-1; however, the value and treatment proposed by the Plan, namely, $22,985.00 at 5.25%, should be assigned to the Dodge.

       5.       Creditor does not oppose the treatment as to the Dodge, subject to the Class 2d treatment being clarified that it applies to the Dodge and Proof of Claim Number 14-1 only.

       6.       The parties have conferred through counsel regarding the need to amend the *Agreed Order Granting Motion to Value and Determine Secured Status* (Doc. No. 63) and are in the

process of submitting an Amended Agreed Order reflecting the proper claim amount and vehicle description.

WHEREFORE, Creditor respectfully requests the Court sustain this Objection on a limited basis, deem the Class 2d treatment to apply only to the Dodge, and for such other and further relief as the Court deems appropriate.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing by CM/ECF notice and first-class mail to the parties below this 14th day of January 2022.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Jens A. Berding
Eddy Evelyn Manzo-Berding
2108 NE 63rd St
Fort Lauderdale, FL 33308

**VIA CM/ECF NOTICE**
Mitchell J. Nowack, Esq.
8551 Sunrise Blvd #208
Plantation, FL 33322

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134

U.S. Trustee
Steven D Schneiderman
Office of the US Trustee
51 SW 1 Ave #1204

Miami, FL 33130